FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2018 NOV -1 P 12: 31

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:18-mj-528 |
| ) | |
| JABRIA N. PETERSON, ) | Initial Appearance: December 3, 2018 |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

COUNT I - (Misdemeanor –7087535/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 31, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant JABRIA N. PETERSON did forcibly assault, resist, oppose, impede, intimidate and interfere with Specialist Jordan M. Williams, a federal employee and military police officer of the Joint Base Myer-Henderson Hall Directorate of Emergency Services and 289th Military Police Company, who was then in the performance of his official duties, to wit: attempting to strike Specialist Williams with her moving vehicle and then fleeing from the scene.

(In violation of Title 18 United States Code Section 111.)

COUNT II – (Misdemeanor – 7087536/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 31, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant JABRIA N. PETERSON did unlawfully enter Fort Myer, a military fort or installation.

(In violation of Title 18 United States Code Section 1382.)

Respectfully submitted,
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Evan P. Clark
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3706
Fax: (703)-299-3980
Email: evan.clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant JABRIA N. PETERSON at 5126 Cannon Drive, Lake Park, GA 31636 on October 30, 2018.

By: _____
Evan P. Clark
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314